IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| EDIE RIESTER, | ) | Case No. 8:08cv188 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| JAY VICK, | ) | |
| | ) | |
| Defendant. | ) | |

Upon notice of settlement through mediation given to the magistrate judge by Michael Dowd, counsel for plaintiff,

**IT IS ORDERED:**

1. On or before **November 26, 2008,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to District Judge Laurie Smith Camp, at smithcamp@ned.uscourts.gov, a draft order which will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The Rule 16 planning conference set for October 27, 2008, is cancelled upon the representation that this case is settled.

Dated this 27th day of October 2008.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge