## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| EDIE RIESTER, | ) | CASE NO. 8:08CV188 |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| JAY VICK, Plan Administrator, | ) | |
| an Agent or Representative of | ) | |
| Connectivity Solutions Manufacturing, | ) | |
| Inc., | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Plaintiff's Motion to Dismiss with Prejudice.

The Court finds that the parties have reached a settlement of the above entitled action.

The Court further finds that the Plaintiff's Motion satisfies the requirements of Fed. R. Civ.

P. 41(a)(2), and it should be granted.  Accordingly,

IT IS ORDERED:

1.      The Plaintiff's Motion to Dismiss with Prejudice (Filing No. 39) is granted; and

2.      The Amended Complaint and all claims in this action are dismissed with

prejudice.

DATED this 17th day of November, 2008.

BY THE COURT:


s/Laurie Smith Camp
United States District Judge